```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                Plaintiff,               :     08 Civ. 8397 (JSR)
                                         :
                -v-                      :     ORDER
                                         :
CHRISTOPHER CASTALDO, JAMES              :
GALLAGHER, FRANK ZANGARA, B.H.I.         :
GROUP, INC., CORPORATE COMMUNICATIONS    :
CORP., and VISION SECURITIES, INC.       :
                                         :
                Defendants.              :
---------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-24-09

JED S. RAKOFF, U.S.D.J.

On February 3, 2008, the Court held a telephone conference to address a discovery dispute that had arisen between plaintiff Securities and Exchange Commission and pro se defendant Frank Zangara. As part of its resolution of the dispute, by Order dated February 5, 2009 the Court directed Mr. Zangara to submit his 2005 federal and state income tax returns, ex parte and in camera, to the Court by Federal Express or other similar express mail service so that they would be received no later than Tuesday, February 10, 2009. That date has now long passed, and the Court has not received the documents. If the Court does not receive the specified documents by Monday, March 2, 2009, it will consider holding defendant Zangara in contempt of court.

SO ORDERED.

Dated: New York, NY
       February 23, 2009

JED S. RAKOFF, U.S.D.J.